# EXHIBIT A

FILED DATE. 1/14/2020 10:16 PM 2020L000557

2120 - Served        2121 - Served
2220 - Not Served    2221 - Not Served
2320 - Served By Mail   2321 - Served By Mail
2420 - Served By Publication   2421 - Served By Publication
Summons - Alias Summons                    (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Kim Bokowy

(Name all parties)

v.

Ideal Box, LLC

Case No. 2020L000557

**SUMMONS    ALIAS SUMMONS**

Agent:
CT Corporation System
208 S LaSalle Street, Suite 814
Chicago, IL 60604

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 3

Summons - Alias Summons (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 3121616

Atty Name: Thomas R. Cirignani

Atty. for: Kim Bokowy/Plaintiff

Address: 150 S. Wacker Drive, Suite 2600

City: Chicago

State: IL  Zip: 60606

Telephone: 708-674-4696

Primary Email: thrick1@gmail.com

Witness: _____

1/14/2020 10:16 PM DOROTHY BROWN

_____
DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

FILED DATE: 1/14/2020 10:16 PM  2020L000557

FILED DATE: 1/14/2020 10:16 PM 2020L000557

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

### Daley Center Divisions/Departments

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 3 of 3

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

**12-Person Jury**

FILED
1/13/2020 8:17 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L000557

8061324

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| KIM BOKOWY, | ) |
| Plaintiff, | ) |
| v. | ) |
| IDEAL BOX, LLC | ) |
| Defendant. | ) 12-person Jury Demanded |

**PLAINTIFF'S COMPLAINT AT LAW**

NOW COMES Plaintiff KIM BOKOWY, by and through and her attorneys, Thomas R. Cirignani and Jackson Spencer Law PLLC, and for her complaint against Defendant IDEAL BOX, LLC, states as follows:

**COUNT I: RETALIATION IN VIOLATION OF THE FAIR LABOR STANDARDS ACT**

1. Plaintiff Kim Bokowy ("Bokowy") is a resident of Cook County, Illinois.

2. Defendant IDEAL BOX, LLC ("Ideal Box" or "Defendant") is an Illinois limited liability company with a place of business in Illinois at 4800 S. Austin Avenue, Chicago, Illinois 60638.

3. Defendant employed Bokowy at its place of business as a project manager for six and a half years.

4. As a titular project "manager," Bokowy was responsible for such duties as quoting, purchasing, manufacturing, fulfillment, shipping, and billing as well as making visits to customers.

5. During those six and a half years, Bokowy had a strong performance history, including handling Defendant's largest three customers.

6. Even though the Defendant classified Bokowy as exempt with overtime, she was not exempt from the overtime requirements as written in the FLSA. Bokowy had no managerial authority, did not direct the work of other employees, and had no participation in the hiring, firing, promoting, or any other change in the status of any of Defendants' employees. Bokowy also did not perform work requiring any advanced knowledge in a field of science or learning customarily acquired by a prolonged course of specialized intellectual instruction, or requiring intervention, imagination, originality, or talent in a recognized field of artistic or creative endeavor.

7. In October of 2017, Bokowy's co-worker resigned. The former co-worker's clients were not distributed to Bokowy's colleagues. Bokowy was given all of her former co-worker's clients. This caused Bokowy to have to work a significant amount of overtime hours to keep up with two workloads.

8. Bokowy regularly worked in excess of forty (40) hours in a workweek.

9. Bokowy worked for Defendant for over six years without any disciplinary or performance issues.

10. On January 4, 2018, Bokowy was stricken with the flu and began experiencing body aches, headaches, and chills. Bokowy informed her supervisor, Karin Mander (hereafter "Mander"), that she was falling ill, and Mander approved Bokowy taking her laptop and working from home. Bokowy advised Mander that her doctor had instructed her to stay home if she had a high fever.

11. On January 5, 2018, Bokowy had a 101-degree fever and was too sick to get out of bed. Bokowy informed Marin that she would not be able to come into work.

2

12. On January 6, 2018 and January 7, 2018, Bokowy continued to experience spikes of high fever and did not come in to work.

13. On January 8, 2018, Bokowy spoke with her doctor who instructed her to stay home until she no longer had a fever.

14. On January 9, 2018, despite a low-grade fever, Bokowy returned to work, handling her full, two-employee's worth client-load. Bokowy continued to experience low-grade fever for the next three days, but remained at work through the workweek. Bokowy kept Mander updated on her slowly-improving condition during those four days.

15. On January 15, 2018, Mander told Bokowy that Bokowy could not use another sick day or she would lose her overtime pay, including the over six (6) hours of overtime pay that Bokowy had already worked between January 2, 2018 and January 12, 2018.

16. Later that same day, Bokowy emailed Roseanna Ortiz (hereafter "Ortiz") in Defendant's human resources department, stating that she did not feel it fair that her overtime pay was threatened.

17. On January 15, 2018, Mander told Bokowy that she would not be paid overtime wages at a rate of at least one and one-half times her regularly hourly rate for any and all hours worked in excess of forty (40), as required under the FLSA.

18. On January 17, 2018, Mander called Bokowy into the conference room at Defendant's place of business. Ortiz was present. Mander then terminated Bokowy's employment for the cause of "insubordination."

19. To wit, Bokowy was discharged for "insubordination" because of the report she emailed to human resources two days prior.

3

FILED DATE: 1/13/2020 8:17 PM 2020L000557

20. The Illinois Department of Employment Security subsequently found that Bokowy was not insubordinate in any way, and Bokowy was awarded unemployment benefits.

21. Bokowy engaged in an activity protected from termination under the Fair Labor and Standards Act, U.S.C §215(a)(3) by filing a complaint with human resources related to her overtime compensation.

22. As a direct and proximate result of her termination, Bokowy suffered lost wages as well as loss of other compensation and benefits from her employment.

WHEREFORE, Kim Bokowy prays judgment against Defendant Ideal Box LLC and seeks the following in excess of the jurisdictional limit:

a) damages for her losses,

b) statutory liquidated damages,

c) equitable damages,

d) pre- and post-judgment interest,

e) attorneys' fees and costs,

f) and any other legal or equitable relief as per Fair Labor and Standards Act, 29 U.S.C §216(b) as may be appropriate to effectuate the purposes 29 U.S.C. §15(a)(3).

Respectfully Submitted,

*Thomas R. Cirignani*
Thomas R. Cirignani

Thomas R. Cirignani (#62763)
150 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606

FILED DATE: 1/13/2020 8:17 PM   2020L000557

708-674-4696
thrick1@gmail.com

JACKSON SPENCER LAW PLLC
Three Forest Plaza
12221 Merit Drive, Suite 160
Dallas, Texas 75251
P: (972) 458-5301
F: (972) 770-2156

5